# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James T Jesse et al, <br><br> PLAINTIFF(S) <br> v. <br><br> Louis J Malcmacher, <br><br> DEFENDANT(S). | CASE NUMBER <br> 5:15-cv-01677-SVW-DTB   **JS-6** <br><br> **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable  STEPHEN V. WILSON , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

James T. Jesse

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Louis J Malcmacher

recover of the plaintiff(s) its costs of action, taxed in the sum of  to be determined by motion

Clerk, U. S. District Court

Dated: 1/25/17

By  Paul M. Cruz
Deputy Clerk

At: Los Angeles, CA

cc:   Counsel of record

CV-44 (11/96)   JUDGMENT ON THE VERDICT FOR DEFENDANT(S)